

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00128-CV
_____

### KENNETH V. BURKHALTER, JR., Appellant

### V.

### KENNETH L. BONNETTE, JR., AND WIFE, LISA G. BONNETTE, Appellees

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 08-0303

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Kenneth V. Burkhalter, Jr., the sole appellant in this case, has filed a motion seeking to dismiss his appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. *See* TEX. R. APP. P. 42.1.

We dismiss the appeal.

Jack Carter
Justice

Date Submitted:     February 4, 2009
Date Decided:        February 5, 2009